1  Marc V. Kalagian
   Attorney at Law: 149034
   Law Offices of Rohlfing & Kalagian, LLP
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3  Tel.: (562)437-7006
   Fax: (562)432-2935
4  E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Kenton Bustamante
6

7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9                    **FRESNO DIVISION**

10

11 KENTON BUSTAMANTE,              ) Case No.: 1:11-cv-869 SMS
                                   )
12                                 ) STIPULATION AND ORDER
               Plaintiff,          ) FOR DISMISSAL
13                                 )
         vs.                       )
14 MICHAEL J. ASTRUE,              )
   Commissioner of Social Security,)
15                                 )
               Defendant.          )
16 _____)

17

18      TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

19 OF THE DISTRICT COURT:

20      IT IS HEREBY STIPULATED by and between Kenton Bustamante

21 ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

22 ///

23 ///

24 ///

25 ///

26

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
4  order of the Court.

5  DATE: December 12, 2011        Respectfully submitted,

6                                 ROHLFING & KALAGIAN, LLP

7                                       /s/ *Marc V. Kalagian*
8                                 BY:_____
                                  Marc V. Kalagian
9                                 Attorney for plaintiff Kenton Bustamante

10 DATE: December 14, 2011

11                                 BENJAMIN B. WAGNER
                                   United States Attorney
12

13
                                        /s/ *Brenda M. Pullin*
14                                 _____
                                   Brenda M. Pullin
15                                 Special Assistant United States Attorney
                                   Attorneys for Defendant Michael J. Astrue,
16                                 Commissioner of Social Security
                                   (Per e-mail authorization)
17

18

19

20 IT IS SO ORDERED.
21
22    Dated:  **December 15, 2011**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26