Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Kenton Bustamante

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| KENTON BUSTAMANTE, | Case No.: 1:11-cv-869 SMS |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Kenton Bustamante ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
4  order of the Court.

5  DATE: December 12, 2011       Respectfully submitted,

6                                ROHLFING & KALAGIAN, LLP

7                                     /s/ *Marc V. Kalagian*
8                                BY:_____
                                 Marc V. Kalagian
9                                Attorney for plaintiff Kenton Bustamante

10 DATE: December 14, 2011
11                                BENJAMIN B. WAGNER
                                  United States Attorney
12

13                                     /s/ *Brenda M. Pullin*
14                                _____
                                  Brenda M. Pullin
15                                Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,
16                                Commissioner of Social Security
                                  (Per e-mail authorization)
17

18

19

20 IT IS SO ORDERED.
21
22    Dated:   **December 15, 2011**           **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
23

24

25

26